Decided September 14, 1994

P AND L PROPERTIES, INC. *v.* SCHNIP DEVELOPMENT CORPORATION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 35 Conn. App. 46 (AC 12439), is denied.

*Mark G. Sklarz* and *Keith Bradoc Gallant,* in support of the petition.

*Jill Hartley,* in opposition.

Decided September 14, 1994

MADISON HILLS LIMITED PARTNERSHIP II *v.* MADISON HILLS, INC., ET AL.

*Susan C. Webb,* in support of the petition.

*Edwin L. Doernberger,* in opposition.

Decided September 14, 1994

STATE OF CONNECTICUT *v.* STEFAN BAGLEY

The defendant's petition for certification for appeal from the Appellate Court, 35 Conn. App. 138 (AC 11596), is denied.